(87 South. 708)

### CUTCLIFF v. STATE. (6 Div. 202.)

(Supreme Court of Alabama. Nov. 23, 1920. Rehearing Denied Jan. 13, 1921.)

Certiorari to Court of Appeals.

William H. Cutcliff was convicted of assault with intent to murder, and his conviction was affirmed by the Court of Appeals (17 Ala. App. 586, 87 South. 706), and he brings certiorari. Writ denied.

Black, Altman & Harris and J. K. Taylor, all of Birmingham, for appellant.
J. Q. Smith, Atty. Gen., for the State.

GARDNER, J. Application of William H. Cutcliff for certiorari to court of appeals to review and revise the judgment of the said court rendered on the appeal of Cutcliff v. State, 17 Ala. App. 586, 87 South. 706. Writ denied.